IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JESSIE LEE BROWN,                                    *

         Plaintiff,                              *

v.                                                        Case No. 4:26-cv-750-CDL-ALS

                                  *

Sheriff, GREG COUNTRYMAN, *et al.,*

                                  *

        Defendants.                              *

_____   *

## J U D G M E N T

Pursuant to this Court's Order dated July 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 15th day of July, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk